Second Department. November 16, 1906.) Action by Mary E. Gibbons against Margaret Coleman. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

GILMORE, Respondent, v. SYRACUSE LIGHTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 5, 1906.) Action by Fredrick Gilmore against the Syracuse Lighting Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS and NASH, JJ., dissent, on the ground that the defendant has not been shown guilty of negligence, and also because of errors in the charge.

GILSEY et al. v. LANCASTER. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Henry Gilsey and others against Frederick J. Lancaster. No opinion. Judgment affirmed, with leave to defendant to amend answer on payment of costs in this court and in the court below. Appeal from order dismissed, with costs.

GLASSBERG v. INTERURBAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Susie Glassberg against the Interurban Street Railway Company. No opinion. Orders affirmed, with $10 costs and disbursements. See 92 N. Y. Supp. 731.

GLEASON, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 17, 1906.) Action by Margaret Gleason, as, etc., against the Delaware, Lackawanna & Western Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, J., dissents, upon the ground that the movement of the light engine by whistle signals only, which the court charged was safe and proper practice, was no evidence tending to prove the existence of the unsafe and improper practice of moving engines with cars attached by whistle signals only, without the hand flag or lamp signals, and it was error to permit the jury to consider it for that purpose.

GOLDMAN v. SWARTWOUT. (Supreme Court, Appellate Division, First Department. November 16, 1906.) Action by Harris B. Goldman against Frank G. Swartwout. No opinion. Motion denied, without costs. Order filed.

GOLDMAN v. SWARTWOUT. (Supreme Court, Appellate Division, First Department. December 14, 1906.) Action by Esther Goldman against Frank G. Swartwout. No opinion. Motion denied, with $10 costs. Order filed.

GOLDSMITH v. WARD. (Supreme Court, Appellate Division, First Department. November 16, 1906.) Action by Max Goldsmith against Mary M. Ward. No opinion. Motion denied, without costs. Order filed.

GOLDSMITH, Respondent, v. WARD, Appellant. (Supreme Court, Appellate Division, First Department. December 14, 1906.) Action by Max Goldsmith against Mary M. Ward. F. V. Johnson, for appellant. E. Klein, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re GOLDSTICKER'S ESTATE. (Supreme Court, Appellate Division, First Department. December 28, 1906.) In the matter of David Goldsticker, deceased. C. W. Coleman, for appellant. H. Aaron, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GOVE, Respondent, v. TISCHLER, Appellant. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by La Roy S. Gove, as trustee, etc., against Max Tischler. M. Feltenstein, for appellant. A. C. Weil, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re GRADE DAMAGE COMMISSION. In re KAHRS. In re DE VINNE. In re GEISLER. In re TREMENHEERE. In re ASTOR. In re MORAN. (Supreme Court, Appellate Division, First Department. December 14, 1906.) In the matter of the Grade Damage Commission. In the matter of Kahrs. In the matter of De Vinne. In the matter of Geisler. In the matter of Tremenheere. In the matter of Astor. In the matter of Moran. No opinion. Motions granted. Orders filed.

GRANT v. GRANT et al. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by Florence A. Grant against Charles H. Grant and another. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

GREATER NEW YORK DEVELOPMENT CO. et al., Respondents, v. NEW YORK CITY HOMES CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by the Greater New York Development Company and Charles Lutz against the New York City Homes Company. No opinion. Interlocutory judgment affirmed, with costs.

GRIFFIN, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 28, 1906.) Action by Catharine Griffin against the Delaware, Lackawanna & Western Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

GUEUTAL et al., Respondents, v. GUEUTAL et al., Appellants. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by George Gueutal and others against Adele Gueutal and others. I. N. Williams, for appellants. H. R. Squier,